2011 UT App 63

**LINDON CITY, Plaintiff and Appellee,**

v.

**Raymond STEWART, Defendant
and Appellant.**

No. 20110036–CA.

Court of Appeals of Utah.

March 10, 2011.

Raymond Stewart, Draper, Appellant Pro Se.

Brian K. Haws, Pleasant Grove, for Appellee.

Before Judges McHUGH, THORNE, and CHRISTIANSEN.

### DECISION

PER CURIAM:

¶ 1 Raymond Stewart seeks to appeal his conviction for speeding after a trial de novo in district court. This is before the court on Lindon City's motion to dismiss for lack of jurisdiction.

¶ 2 Utah Code section 78A–7–118 provides for criminal appeals from justice courts. *See* Utah Code Ann. § 78A–7–118 (2008). If a defendant files a timely notice of appeal from a justice court conviction, "a defendant is entitled to a trial de novo in the district court." *Id.* § 78A–7–118(1). "The right to an 'appeal' from a court not of record is satisfied by provision for a trial de novo in a court of record." *Dean v. Henriod,* 1999 UT App 50, ¶ 9, 975 P.2d 946. "The decision of the district court is final and may not be appealed unless the district court rules on the constitutionality of a statute or ordinance." Utah Code Ann. § 78A–7–118(7).

¶ 3 This case originated in justice court. The district court did not rule on the constitutionality of a statute or ordinance in convicting Stewart after a trial de novo. Accordingly, the district court's decision is final

and this court lacks jurisdiction over this appeal.

¶ 4 Dismissed.